UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JUAN EDUARDO G. G.,

    Petitioner,

v.

PAMELA BONDI, *Attorney General*;
KRISTI NOEM, *Secretary of Homeland Security*; TODD M. LYONS, *Acting Director of U.S. Immigration & Customs Enforcement*; MARCOS CHARLES, *Acting Executive Associate Director for Enforcement and Removal Operations*; PETER BERG, *Field Office Director for Enforcement and Removal Operations*; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY; and ERIC TOLLEFSON, *Kandiyohi County Sheriff*,

    Respondents.

Case No. 26-cv-121 (LMP/SGE)

**ORDER GRANTING HABEAS PETITION**

---

Nicholas Ratkowski, **Ratkowski Law PLLC, Saint Paul, MN**, for Petitioner.

Ana H. Voss and Trevor Brown, **United States Attorney's Office, Minneapolis, MN**, for Respondents.[1]

    Petitioner Juan Eduardo G. G. is a citizen of Mexico who is subject to a final order of removal from the United States. ECF No. 1 ¶ 2. On January 4, 2026, he was detained

---

[1] Respondent Eric Tollefson has not entered an appearance or otherwise participated in these proceedings. As used in this Order, "Respondents" and "Government" do not include or refer to Tollefson.

by United States Immigration and Customs Enforcement ("ICE") and has remained in ICE custody since that date. *Id.* ¶ 42. Juan Eduardo G. G. filed a Verified Petition for a Writ of Habeas Corpus (ECF No. 1 ("Petition")) on January 8, 2026, asserting that his detention is unlawful because he has been granted deferred action both through an approved Deferred Action for Childhood Arrivals application and by virtue of having received a bona fide determination and employment authorization on his pending U-visa application. *Id.* ¶¶ 1, 3.

The Court entered an order on January 9, 2026, directing Respondents (the "Government") to file an answer to the Petition "certifying the true cause and proper duration of Juan Eduardo G. G.'s detention and showing cause why the writ should not be granted." ECF No. 3 at 1–2. On January 16, 2026, the Government filed its answer stating that while it "do[es] not necessarily agree with every factual allegation or legal contention in the petition," it is unable to provide the documentation necessary to "establish the lawfulness and correct duration" of Juan Eduardo G. G.'s detention. ECF No. 5 at 1. The Government concedes that "there is an insufficient legal or factual basis to oppose the petition" and that "an order directing [Juan Eduardo G. G.'s] release would be appropriate." *Id.* at 1–2.

Accordingly, based on the foregoing, and on all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED** that:

1. Juan Eduardo G. G.'s Petition (ECF No. 1) is **GRANTED**; and

2. The Government is **ORDERED** to release Juan Eduardo G. G. by no later than 5:00 p.m. on January 21, 2026.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 20, 2026     *s/Laura M. Provinzino*
                             Laura M. Provinzino
                             United States District Judge