# UNITED STATES DISTRICT COURT

## District of Minnesota

Juan Eduardo Gallardo Garcia

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, Marcos Charles, Peter Berg, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security, Eric Tollefson

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00121-LMP-SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Juan Eduardo G. G.'s Petition (ECF No. 1) is **GRANTED**; and

2. The Government is **ORDERED** to release Juan Eduardo G. G. by no later than 5:00 p.m. on January 21, 2026.

Date: 1/20/2026

KATE M. FOGARTY, CLERK